FILED

AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT

2023 JUL 19 PM 3:33

for the

Middle District of Florida

United States of America

v.

Ernesto Castro-Santiago
*Defendant*

Case No. 2:19-cr-129-FtM-60NPM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ernesto Castro-Santiago

who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: May 6, 2020

*Issuing officer's signature*

City and state: Fort Myers, Florida

Elizabeth Warren, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* May 7, 2020 and the person was arrested on *(date)* 7/18/23
at *(city and state)* Ft. Lauderdale, FL

Date: 7/19/23

*Arresting officer's signature*

Ricardo Rodriguez, SDUSM
*Printed name and title*